ALBANY,
Oct. 1825.

*Ex parte* C. & A. THOMPSON.

THE Court of Common Pleas of Saratoga were moved to set aside the docket, or record of a Justice's judgment against C. & A. Thompson, in favor of Newcomb, and the execution thereon issued by the county clerk; upon affidavits, that before the transcript was filed, the judgment had been paid and satisfied by the Thompsons. This motion was denied by the C. P. upon the ground that they had no jurisdiction of the matter.

A motion was now made for a mandamus, commanding that Court to take cognizance of the motion,

*J. Bloore,* for the motion.

The motion was not opposed; but

*The Court* said they had no doubt that the Court of Common Pleas had jurisdiction of the case: that the execution was their process. That the merits of the motion were not before this Court; but on the single point of jurisdiction they granted a

Rule to show cause.(*a*)

(*a*) See *Matter of Sholts* v. *Judges of Yates,* (2 Cowen's Rep. 506, 508.)